IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL HUDSON, | ) | |
|     Petitioner, | ) | Civil Action No. 7:17cv00448 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

By order entered October 17, 2017, the court conditionally filed this action and directed Hudson to provide certain financial, timeliness, and exhaustion information before the court would proceed with his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The court advised Hudson that failure to comply with the court's order within twenty days would result in dismissal of his petition without prejudice. Hudson did not respond. Inasmuch as the time to respond has passed and Hudson has failed to comply with the court's order, I will dismiss this action without prejudice. Hudson is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTER**: This 17th day of November, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE